```
                          United States Bankruptcy Court
                           Northern District of Alabama
```

In re:                                                              Case No. 11-83381-JAC
Anthony Lee Pierce                                                  Chapter 12
Peggy Harbin Pierce
         Debtors
                            **CERTIFICATE OF NOTICE**

District/off: 1126-8          User: kpressnel              Page 1 of 2             Date Rcvd: Feb 02, 2012
                              Form ID: van014              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2012.
db/jdb       +Anthony Lee Pierce,   Peggy Harbin Pierce,   8754 Moores Mill Road,
               Meridianville, Al 35759-1404
cr           +Bank of America, N.A. c/o Prober & Raphael, A Law,   20750 Ventura Blvd, Suite 100,
               Woodland Hills, CA 91364-6207
cr           +Deere & Company,   S. Dagnal Rowe,   Wilmer & Lee, P.A.,   P. O. Box 2168,
               Huntsville, AL 35804-2168
cr            REdstone Federal Credit Union,   c/o C. Howard Grisham,   Post Office Box 5585,
               Huntsville, AL  35814-5585

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2012**                        Signature:    _Joseph Speetjens_

Case 11-83381-CRJ13    Doc 50    Filed 02/04/12    Entered 02/05/12 00:23:24    Desc
                      Imaged Certificate of Notice    Page 1 of 3

```
District/off: 1126-8           User: kpressnel            Page 2 of 2                Date Rcvd: Feb 02, 2012
                               Form ID: van014            Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2012 at the address(es) listed below:
          Jeffrey L Cook    on behalf of Creditor   REdstone Federal Credit Union jcook7117@yahoo.com
          Kevin D. Heard    on behalf of Debtor Anthony Pierce kheard@heardlaw.com, aary@heardlaw.com;sandy@heardlaw.com;kheard619@gmail.com;adauro@heardlaw.com;bstonemetz@heardlaw.com
          S. Dagnal Rowe    on behalf of Creditor   Deere & Company drowe@wilmerlee.com, dbranche@wilmerlee.com
          Taylor Patrick Brooks    tpb@lfsp.com,   cashwell@lanierford.com
                                      TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 11−83381−JAC12 |
| Anthony Lee Pierce | **Chapter** 12 |
| **SSN:** xxx−xx−3914 | |
| Peggy Harbin Pierce | |
| **SSN:** xxx−xx−6237 | |
| **Debtor(s)** | |

## NOTICE OF FINAL HEARING

Notice is hereby given that **Redstone Federal Credit Union** filed a **Motion for Relief from Automatic Stay on (1) 2007 Dodge Durango** in the above−styled case. The preliminary hearing shall be consolidated with the final evidentiary hearing and parties are to be prepared for trial.

The final hearing will be held to consider and act upon said Motion.

**Date: Monday, February 27, 2012        Time: 09:00 AM**

**Location: Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601**

Attendance is not required if a settlement has been reached and filed with the Court by an attorney prior to the hearing date.

Dated:   February 2, 2012                    By:

                                             Scott W. Ford, Clerk
                                             United States Bankruptcy Court

kap