```
                              United States Bankruptcy Court
                              Northern District of Alabama

In re:                                                              Case No. 11-83381-JAC
Anthony Lee Pierce                                                  Chapter 13
Peggy Harbin Pierce
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 1126-8          User: lcohn              Page 1 of 3          Date Rcvd: Mar 13, 2012
                              Form ID: pdf008         Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2012.
db/jdb     +Anthony Lee Pierce,   Peggy Harbin Pierce,   8754 Moores Mill Road,
             Meridianville, Al 35759-1404
cr         +Bank of America, N.A. c/o Prober & Raphael, A Law,   20750 Ventura Blvd, Suite 100,
             Woodland Hills, CA 91364-6207
cr         +Deere & Company,   S. Dagnal Rowe,   Wilmer & Lee, P.A.,   P. O. Box 2168,
             Huntsville, AL 35804-2168
cr          REdstone Federal Credit Union,   c/o C. Howard Grisham,   Post Office Box 5585,
             Huntsville, AL  35814-5585
cr         +USDA-FSA,   Alabama State FSA Office,   P.O. Box 235013,   Montgomery, AL 36123-5013
7242074     AMERICAN EXPRESS BANK FSB,   C/O BECKET AND LEE LLP,   POB 3001,   MALVERN  PA 19355-0701
7124872    +American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
7124873    +Bank of America,   P.O. Box 851001,   Dallas, TX 75285-1001
7124866    +Bank of America,   P.O. Box 5170,   Simi Valley, CA 93062-5170
7124874     Bonner Land and Cattle, Co.,   388 Frank Hereford Rd.,   New Market, AL 35761
7155097    +Capital One, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
7124875    +Chase BP,   P.O. Box 15298,   Wilmington, DE 19850-5298
7186053     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
7124876    +Citgo,   P.O. Box 6401,   Sioux Falls, SD 57117-6401
7146510     Deere & Company,   6400 N.W. 86th Street,   P. O. Box 6600,   Johnston, Iowa 50131-6600
7126713     FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
7124878    +Home Depot,   P.O. Box 653000,   Dallas, TX 75265-3000
7124867    +John Deere Financial,   P.O. Box 6600,   Johnston, IA 50131-6600
7146512     John Deere Financial, f.s.b, f/k/a,   FPC Financial, f.s.b.,   6400 N.W. 86th Street,
             P.O. Box 6600,   Johnston, Iowa 50131-6600
7124879    +Juniper Card Services,   P.O. Box 13337,   Philadelphia, PA 19101-3337
7124882    +Madison County Cooperative,   P.O. Box 68,   Hazel Green, AL 35750-0068
7124868     Redstone Federal Credit Union,   220 Wynn Drive,   Huntsville, AL 35806
7210889    +THE BANK OF NEW YORK MELLON, et al,   c/o Bank of America, N.A.,
             Bk. Dept. Mail Stop: CA6-919-01-23,   400 National Way,   Simi Valley, CA 93065-6414
7124869    +Titlemax,   2710 South Memorial Parkway,   Huntsville, AL 35801-5631
7124884    +USDA,   Moulton Service Center,   13075 Ala. Hwy 157, Ste 3,   Moulton, AL 35650-6579
7124870     USDA/FSA,   Operation Office,   P.O. Box 200003,   Saint Louis, MO 63120-0003
7124871    +Wells Fargo Home Mortgage,   P.O. Box 660455,   Dallas, TX 75266-0455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7250010    +E-mail/Text: bncmail@w-legal.com Mar 13 2012 19:15:02     CANDICA, LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
7124877     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 13 2012 21:11:00     Discover,   P.O. Box 30943,
             Salt Lake City, UT 84130
7129664     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 13 2012 21:11:00     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
7124880    +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 13 2012 19:11:30     Kohl's,   P.O. Box 2983,
             Milwaukee, WI 53201-2983
7124881    +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2012 20:30:52     Lowe's,   P.O. Box 530914,
             Atlanta, GA 30353-0914
7124883    +E-mail/Text: Bankruptcy@redfcu.org Mar 13 2012 19:14:00     Redstone Federal Credit Union Visa,
             220 Wynn Drive,   Huntsville, AL 35893-0001
7145609    +Fax: 912-629-1538 Mar 13 2012 19:40:35     TitleMax of Alabama, INC. d/b/a TitleMax,
             Attn: Mary Beth Concran,   15 Bull Street, Suite 200,   Savannah, GA 31401-2686,
             (912) 525-2675
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 15, 2012**              **Signature:**          *Joseph Speetjens*

```
District/off: 1126-8          User: lcohn                 Page 3 of 3                   Date Rcvd: Mar 13, 2012
                              Form ID: pdf008             Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2012 at the address(es) listed below:
              C Howard Grisham    on behalf of Creditor   REdstone Federal Credit Union pcornelius@comcast.net
              Diane C Murray    on behalf of Creditor   WELLS FARGO BANK, N.A. ndbankruptcy@sirote.com
              Jeffrey L Cook    on behalf of Creditor   REdstone Federal Credit Union jcook7117@yahoo.com
              Kevin D. Heard    on behalf of Debtor Anthony Pierce kheard@heardlaw.com,
               aary@heardlaw.com;sandy@heardlaw.com;kheard619@gmail.com;adauro@heardlaw.com;bstonemetz@heardlaw.
               com
              Philip A Geddes    ecf@pgeddes.com
              Richard E. O'Neal    on behalf of Creditor   USDA-FSA USA-ALN-Bankruptcy@usdoj.gov
              S. Dagnal Rowe    on behalf of Creditor   Deere & Company drowe@wilmerlee.com,
               dbranche@wilmerlee.com
              Taylor Patrick Brooks    on behalf of Trustee Taylor Brooks tpb@lfsp.com,  cashwell@lanierford.com
                                                                                             TOTAL: 8

# United States Bankruptcy Court
## Northern District of Alabama

In re: **Anthony Lee Pierce, Peggy Harbin Pierce**  
Debtor(s)

Case No. **11-83381-12**  
Chapter **13**

## CHAPTER 13 PLAN

1. <u>Payments to the Trustee</u>: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of **$750.00** per month for **60** months.

    Total of plan payments: **$45,000.00**

2. <u>Plan Length</u>: This plan is estimated to be for **60** months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

    a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the earlier of (a) the payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328.

    b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor and any Co-Obligor.

    c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

    a. Administrative Expenses  
    (1) Trustee's Fee: **10.00**%  
    (2) Attorney's Fee (unpaid portion): **NONE**  
    (3) Filing Fee (unpaid portion): **NONE**

    b. Priority Claims under 11 U.S.C. § 507

    (1) Domestic Support Obligations

    (a) Debtor is required to pay all post-petition domestic support obligations directly to the holder of the claim.

    (b) The name(s) and address(es) of the holder of any domestic support obligation are as follows. See 11 U.S.C. §§ 101(14A) and 1302(b)(6).

    **-NONE-**

    (c) Anticipated Domestic Support Obligation Arrearage Claims. Unless otherwise specified in this Plan, priority claims under 11 U.S.C. § 507(a)(1) will be paid in full pursuant to 11 U.S.C. § 1322(a)(2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property, and arrearage claims for assumed leases or executory contracts.

    | Creditor (Name and Address) | Estimated arrearage claim | Projected monthly arrearage payment |
    |---|---|---|
    | **-NONE-** | | |

    (d) Pursuant to §§ 507(a)(1)(B) and 1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit.

    Claimant and proposed treatment: **-NONE-**

(2) Other Priority Claims.

| Name | Amount of Claim | Interest Rate (If specified) |
|---|---|---|
| -NONE- | | |

c. Secured Claims

(1) Pre-Confirmation Adequate Protection Payments. Pre-confirmation adequate protection payments to the following Creditors holding allowed claims secured by a purchase money security interest in personal property shall be paid by the Trustee through the plan as provided below. Adequate protection payments shall not accrue or be paid until the Creditor files a proof of claim. The principal amount of the Creditor's claim shall be reduced by the amount of the adequate protection payments remitted.

| Name | Description of Collateral | Pre-Confirmation Monthly Payment |
|---|---|---|
| **Redstone Federal Credit Union** | **2007 Dodge Durango** | **108.50** |
| **Titlemax** | **1999 Dodge Ram 3500** | **182.50** |

(2) Secured Debts Which Will Not Extend Beyond the Length of the Plan

(a) Secured Claims Subject to Valuation Under § 506. The Debtor moves the Court to value collateral as follows according to 11 U.S.C. § 506(a). Each of the following secured claims, if allowed, shall be paid through the plan in equal monthly payments set forth below, until the secured value or the amount of the claim, whichever is less, has been paid in full. Any remaining portion of the allowed claim shall be treated as a general unsecured claim. Any claim with a secured value of $0 shall be treated as a general unsecured claim.

| Name | Proposed Amount of Allowed Secured Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **Redstone Federal Credit Union** | **10,850.00** | **276.90** | **5.25%** |
| **Titlemax** | **1,825.00** | **46.58** | **5.25%** |

(b) Secured Claims Not Subject to Valuation Under § 506. Each of the following claims, if allowed, shall be paid through the plan in equal monthly payments set forth below, until the amount of the claim as set forth in the Creditor's proof of claim has been paid in full.

| Name | Proposed Amount of Allowed Secured Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| -NONE- | | | |

(3) Secured Debts Which Will Extend Beyond the Length of the Plan

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| -NONE- | | | |

d. Unsecured Claims
(1) Special Nonpriority Unsecured: Debts which are co-signed or are non-dischargeable shall be paid in full (100%).

| Name | Amount of Claim | Interest Rate (If specified) |
|---|---|---|
| -NONE- | | |

(2) General Nonpriority Unsecured: Other unsecured debts shall be paid **2** cents on the dollar and paid pro rata, with no interest if the creditor has no Co-obligors, provided that where the amount or balance of any unsecured claim is less than $10.00 it may be paid in full.

5. The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Creditor | Amount of Default to be Cured | Interest Rate (If specified) |
|---|---|---|
| **Wells Fargo Home Mortgage** | **13,300.00** | **5.25%** |

6. The Debtor shall make regular payments directly to the following creditors:

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **Wells Fargo Home Mortgage** | **117,072.00** | **1,900.00** | **0.00%** |

7. The employer on whom the Court will be requested to order payment withheld from earnings is:
   **NONE. Payments to be made directly by debtor without wage deduction.**

8. The following executory contracts of the debtor are rejected:

   | Other Party | Description of Contract or Lease |
   |---|---|
   | **-NONE-** | |

9. Property to Be Surrendered to Secured Creditor

   | Name | Amount of Claim | Description of Property |
   |---|---|---|
   | **John Deere Financial** | **102,550.00** | **Farm Equipment** |
   | **John Deere Financial** | **13,000.00** | **John Deere Rake** |
   | **John Deere Financial** | **9,500.00** | **John Deere Mower** |
   | **USDA/FSA** | **61,600.00** | **8780 Moores Mill Road** |
   | | | **Meridianville, Alabama** |
   | | | **5.10 Acres & Farm Equipment** |

10. The following liens shall be avoided pursuant to 11 U.S.C. § 522(f), or other applicable sections of the Bankruptcy Code:

    | Name | Amount of Claim | Description of Property |
    |---|---|---|
    | **Bank of America** | **65,528.00** | **8754 Moores Mill Road** |
    | | | **Meridianville, Alabama** |
    | **USDA/FSA** | **0.00** | **8754 Moores Mill Road** |
    | | | **Meridianville, Alabama** |

11. Title to the Debtor's property shall revest in debtor **on confirmation of a plan.**

12. As used herein, the term "Debtor" shall include both debtors in a joint case.

13. Other Provisions:

    Date **March 12, 2012**          Signature  **/s/ Anthony Lee Pierce**
                                                **Anthony Lee Pierce**
                                                Debtor

    Date **March 12, 2012**          Signature  **/s/ Peggy Harbin Pierce**
                                                **Peggy Harbin Pierce**
                                                Joint Debtor