IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| ANTHONY LEE PIERCE | ) | CASE NO. 11-83381-CRJ13 |
| SSN: XXX-XX-3914 | ) | CHAPTER 13 |
| | ) | |
| PEGGY HARBIN PIERCE | ) | |
| SSN: XXX-XX-6237 | ) | |
| | ) | |
| Debtors. | ) | |

**APPLICATION BY DEBTORS FOR
APPROVAL OF EMPLOYMENT OF SPECIAL COUNSEL**

COME NOW, Tony Lee Pierce and Peggy Harbin Pierce, ("Debtors") and hereby file this Application for Approval of Employment of Special Counsel in accordance with Section 327(e) of the United States Bankruptcy Code, and say as follows:

1. On September 28, 2011, Debtors filed for voluntary relief under Chapter 13 of Title 11 in the United States Bankruptcy Court in this district and division.

2. Pursuant to this application, Debtors seeks to employ James H. Richardson and the law firm Richardson Maples, P.C., as special counsel.

4. The professional services, which James H. Richardson is to render representation of the Debtors in a claim against Pascual Bello Munoz, Katherine Balcacer, Alfa Ins. Co..

5. Pre-petition Richardson Maples, P.C. does not have any connection with the Debtors, their creditors, any other party in interest, or their respective attorneys in this case except for the foregoing representation.

6. In the opinion of the Debtors, the employment of Mr. Richardson and the law firm Richardson Maples, P.C. is in the best interest of the estate for the reason that he has full

knowledge of this type of lawsuit and as he has considerable experience in matters of this character. The Debtors believe that this attorney and this law firm is well-qualified to act as counsel to represent them in this proceeding.

7. Subject to this Court's approval, Debtors have agreed to pay James H. Richardson and the law firm Richardson Maples, P.C., based upon a legal services contract, a recovery fee of one-third (1/3) of all sums recovered on account of the claim.

WHEREFORE, PREMISES CONSIDERED, Debtors pray that they be authorized to employ and appoint James H. Richardson and the law firm Richardson Maples, P.C., as Special Counsel to the Debtors for the purposes and under the arrangements as herein above described, and that this Honorable Court enter its order approving said employment and the terms of payment thereof as described in the preceding paragraphs of this application, and that the Debtors have such other and further relief as is just and proper.

Respectfully submitted this 20th day of October, 2015.

/s/ Kevin D. Heard
Kevin D. Heard
Attorney for Debtors
HEARD, ARY & DUARO, LLC
303 Williams Avenue
Park Plaza, Suite 921
Huntsville, Alabama 35801
Tel:  256-535-0817
Fax:  256-535-0818
kheard@heardlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the **Application by Debtors for Approval of Employment of Special Counsel** on the parties listed below and on the attached matrix by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below, on the 20th day of October, 2015.

**Notice will be electronically mailed to:**

Richard Blythe, Bankruptcy Administrator
Richard_Blythe@alnba.uscourts.gov, courmaildec@alnba.uscourts.gov

Michael Ford
ecf@ch13decatur.com

Taylor Patrick Brooks on behalf of Trustee Taylor Patrick Brooks
tpb@lfsp.com, cashwell@lanierford.com

Jeffrey L Cook on behalf of Creditor Redstone Federal Credit Union
jcook7117@yahoo.com

C Howard Grisham on behalf of Creditor Redstone Federal Credit Union
pcornelius@comcast.net

Diane C Murray on behalf of Creditor WELLS FARGO BANK, N.A.
ndbankruptcy@sirote.com

Richard E. O'Neal on behalf of Creditor USDA-FSA
USAALN.BANKRUPTCY@usdoj.gov

Richard E. O'Neal on behalf of Defendant USDA/FSA
USAALN.BANKRUPTCY@usdoj.gov

S. Dagnal Rowe on behalf of Creditor Deere & Company
drowe@wilmerlee.com, dbranche@wilmerlee.com

**Notice will not be electronically mailed to:**

James H. Richardson, Atty.
Richardson Maples, P.C.
P.O. Box 18667
Huntsville, AL 35804-8667

Alfa Ins. Co.
415-E Church Street
Suite 8
Huntsville, AL 35801

Pascual Bello Munoz
2911 Holiday Drive
Huntsville, AL 35805

Katherine Balcacer
23909 Miller Road
Athens, AL 35613

Bank of America, N.A. c/o Prober & Raphael, A Law Corporation
20750 Ventura Blvd, Suite 100
Woodland Hills, CA 91364

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541

Real Time Resolutions Inc.
1750 Regal Row Ste 120
PO Box 36655
Dallas, TX 75235

**All parties on the attached matrix were served via U.S. Mail.**

                                                  */s/ Kevin D. Heard*
                                                  Kevin D. Heard
                                                  Attorney for Debtors

```
Label Matrix for local noticing          Bank of America, N.A. c/o Prober & Raphael,   Deere & Company
1126-8                                   20750 Ventura Blvd, Suite 100                 S. Dagnal Rowe
Case 11-83381-CRJ13                      Woodland Hills, CA 91364-6207                 Wilmer & Lee, P.A.
NORTHERN DISTRICT OF ALABAMA                                                           P. O. Box 2168
Decatur                                                                                Huntsville, AL 35804-2168
Tue Oct 20 09:59:54 CDT 2015

PRA Receivables Management, LLC          (p)REAL TIME RESOLUTIONS INC                  Redstone Federal Credit Union
PO Box 41067                             PO BOX 36655                                  c/o C. Howard Grisham
Norfolk, VA 23541-1067                   DALLAS TX 75235-1655                          Post Office Box 5585
                                                                                       Huntsville, AL 35814-5585


USDA-FSA                                 Wells Fargo Home Mortgage                     U. S. Bankruptcy Court
Alabama State FSA Office                 c/o Brice, Vander Linden & Wernick, PC        400 Well Street
P.O. Box 235013                          9441 LBJ Freeway, Suite 250                   P. O. Box 2775
Montgomery, AL 36123-5013                Dallas, TX 75243-4640                         Decatur, AL 35602-2775


AMERICAN EXPRESS BANK FSB                American Express                              Bank of America
C/O BECKET AND LEE LLP                   P.O. Box 981535                               P.O. Box 5170
POB 3001                                 El Paso, TX 79998-1535                        Simi Valley, CA 93062-5170
MALVERN  PA 19355-0701


Bank of America                          Bonner Land and Cattle, Co.                  CANDICA, LLC
P.O. Box 851001                          388 Frank Hereford Rd.                       C O WEINSTEIN AND RILEY, PS
Dallas, TX 75285-1001                    New Market, AL 35761                         2001 WESTERN AVENUE, STE 400
                                                                                      SEATTLE, WA 98121-3132


Capital One, N.A.                        Chase BP                                     Chase Bank USA, N.A.
c/o Creditors Bankruptcy Service         P.O. Box 15298                               PO Box 15145
P.O. Box 740933                          Wilmington, DE 19850-5298                    Wilmington, DE 19850-5145
Dallas, TX 75374-0933


Citgo                                    Deere & Company                              (p)DISCOVER FINANCIAL SERVICES LLC
P.O. Box 6401                            6400 N.W. 86th Street                        PO BOX 3025
Sioux Falls, SD 57117-6401               P. O. Box 6600                               NEW ALBANY OH 43054-3025
                                         Johnston, Iowa 50131-6600


Discover Bank                            (p)BANK OF AMERICA                           Home Depot
DB Servicing Corporation                 PO BOX 982238                                P.O. Box 653000
PO Box 3025                              EL PASO TX 79998-2238                        Dallas, TX 75265-3000
New Albany, OH  43054-3025


JOHN DEERE FINANCIAL                     John Deere Financial                         John Deere Financial, f.s.b, f/k/a
C/O WILMER & LEE                         P.O. Box 6600                                FPC Financial, f.s.b.
PO BOX 2168                              Johnston, IA 50131-6600                      6400 N.W. 86th Street
HUNTSVILLE, ALABAMA 35804-2168                                                        P.O. Box 6600
                                                                                      Johnston, Iowa 50131-6600


Juniper Card Services                    Kohl's                                       Lowe's
P.O. Box 13337                           P.O. Box 2983                                P.O. Box 530914
Philadelphia, PA 19101-3337              Milwaukee, WI 53201-2983                     Atlanta, GA 30353-0914
```

| | | |
|---|---|---|
| Madison County Cooperative<br>P.O. Box 68<br>Hazel Green, AL 35750-0068 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Redstone Federal Credit Union<br>220 Wynn Drive<br>Huntsville, AL 35806 |
| Redstone Federal Credit Union Visa<br>220 Wynn Drive<br>Huntsville, AL 35893-0001 | THE BANK OF NEW YORK MELLON, et al<br>c/o Bank of America, N.A.<br>Bk. Dept. Mail Stop: CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 |
| Titlemax<br>2710 South Memorial Parkway<br>Huntsville, AL 35801-5631 | USDA<br>Moulton Service Center<br>13075 Ala. Hwy 157, Ste 3<br>Moulton, AL 35650-6579 | USDA/FSA<br>Operation Office<br>P.O. Box 200003<br>Saint Louis, MO 63120-0003 |
| Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC #D3347-014<br>3476 Stateview Blvd<br>Fort Mill, South Carolina 29715-7203 | Wells Fargo Home Mortgage<br>Attn: Craig A Edelman<br>c/o Brice, Vander Linden & Wernick, PC<br>9441 LBJ Freeway Ste 250<br>Dallas, TX 75243-4640 | Wells Fargo Home Mortgage<br>PO BOX 10335<br>Des Moines, IA 50306-0335 |
| Wells Fargo Home Mortgage<br>PO BOX 660455<br>Dallas, TX 75266-0455 | Anthony Lee Pierce<br>8754 Moores Mill Road<br>Meridianville, Al 35759-1404 | Kevin D. Heard<br>Heard Ary, LLC<br>303 Williams Avenue SW<br>Park Plaza Suite 921<br>Huntsville, AL 35801-6084 |
| Michael Ford<br>Chapter 13 Standing Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | Peggy Harbin Pierce<br>8754 Moores Mill Road<br>Meridianville, Al 35759-1404 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Real Time Resolutions Inc.<br>1750 Regal Row Ste 120<br>PO Box 36655<br>Dallas, TX 75235 | Discover<br>P.O. Box 30943<br>Salt Lake City, UT 84130 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | (d)REAL TIME RESOLUTIONS INC<br>1349 EMPIRE CENTRAL DR STE 150<br>PO BOX 36655<br>DALLAS TX 75247 | (d)Real Time Resolutions, Inc.<br>1750 Regal Row Suite 120<br>PO Box 36655<br>Dallas Texas 75235 |
| TitleMax of Alabama, INC. d/b/a TitleMax<br>Attn: Mary Beth Concran<br>15 Bull Street, Suite 200<br>Savannah, GA 31401<br>(912) 525-2675 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)WELLS FARGO BANK, N.A.

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47