IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: | ) |
| | ) |
| ANTHONY LEE PIERCE | ) CASE NO. 11-83381-CRJ-13 |
| SSN: XXX-XX-3914 | ) CHAPTER 13 |
| | ) |
| PEGGY HARBIN PIERCE | ) |
| SSN: XXX-XX-6237 | ) |
| | ) |
| Debtors. | ) |
| | ) |

**ORDER APPROVING APPLICATION TO EMPLOY JAMES H. RICHARDSON AS SPECIAL COUNSEL**

This matter came before the Court on Monday, November 23, 2015 at 01:30 p.m., for a hearing on the following:
RE: Doc #129; Application to Employ James H. Richardson as Special Counsel Filed by Debtors
Anthony Lee Pierce, Joint Debtor Peggy Harbin Pierce (Attachments: # 1 Verified Statement of James H. Richardson, Atty.) (Heard, Kevin)

Proper notice of the hearing was given and appearances were made by the following:
Adam C. Dauro, standing in on behalf of Kevin D. Heard, attorney for the Debtors
Michele Hatcher on behalf of the Chapter 13 Trustee

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The Application to Employ James H. Richardson as Special Counsel filed by Kevin D. Heard of Heard, Ary & Dauro, LLC, Attorney for Debtors is **APPROVED** with the provision that the Trustee nor the estate will be responsible for any fees or expenses incurred during the representation in the matter.

Dated this the 25th day of November, 2015.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order Prepared by:
Kevin D. Heard
Heard, Ary & Dauro, LLC
303 Williams Avenue
Park Plaza, Suite 921
Huntsville, AL 35801
Tel: 256-535-0817/Fax: 256-535-0818
kheard@heardlaw.com