IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Anthony Lee Pierce } | CASE NO. 11-83381-CRJ-13 |
| Peggy Harbin Pierce } | |
| } | CHAPTER 13 |
| SSN: XXX-XX-3914, XXX-XX-6237 } | |

## TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, Michael Ford, the Chapter 13 Trustee in the above styled case, and moves this Court to modify Debtors' Chapter 13 Plan confirmed on October 15, 2012, and as grounds therefore, the Trustee would show unto the court as follows:

1. The Debtors filed an Application to Employ special counsel, James H. Richardson, attorney at law practicing in Huntsville, Alabama on October 20, 2015. The Application was approved on November 25, 2015. Special counsel was employed to represent the interest of the Debtors in a claim for damages resulting from an automobile accident.

2. Although the amount the Trustee would receive, if any, from the settlement is unknown, the Trustee desires that the plan be modified in order to provide that the proceeds of the claim, after deducting allowed exemptions, be paid to the Trustee for distribution to unsecured creditors, and that the base amount due under the plan be increased by the amount of money the Trustee receives from the claim. The Trustee further desires to clarify that the Trustee shall be allowed a fee on the claim proceeds the Trustee distributes.

WHEREFORE, the Trustee prays that the Court modify the confirmed plan to provide that the non-exempt proceeds of the claim for injuries be payable to the Trustee for distribution to unsecured creditors, that the base due under the plan be increased by the amount the Trustee receives, and that the Trustee be allowed to take a fee on the proceeds he distributes. The Trustee prays for such other and different relief to which he may show himself entitled.

RESPECTFULLY SUBMITTED, this the 27th day of July, 2016.

/S/ MICHAEL FORD
MICHAEL FORD
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the foregoing upon the persons or entities set forth below by depositing same in the United States mail, postage prepaid, this 27th day of July, 2016.

Anthony Lee Pierce
Peggy Harbin Pierce
8754 Moores Mill Road
Meridianville, AL  35759

Kevin D. Heard, Esq.
Attorney for Debtors
303 Williams Ave Park Plaza, Ste 921
Huntsville, AL  35801

James H. Richardson, Esq.
Richardson Maples, P.C.
P.O. Box 18667
Huntsville, AL  35804-8667

Richard Blythe, Esq.
Bankruptcy Administrator
U.S. Courthouse & Post Office
400 Wells Street
Decatur, AL  35602

and all persons and entities listed on the clerk's mailing matrix by depositing same in the United States mail, postage prepaid, this 27th day of July, 2016.

                                    /s/MICHAEL FORD
                                    Michael Ford, Trustee