In the Matter of:

SSN:XXX-XX-3914

SSN:XXX-XX- 6237

Debtor Anthony Lee Pierce & Peggy Harbin Pierce

Case No:  11-83381-CRJ-13

In Proceeding under Chapter 13 of the Bankruptcy Code

CERTIFICATE OF COMPLETED CHAPTER 13 PLAN

     Michele T. Hatcher, Chapter 13 Trustee, states that upon information and belief, the Debtor has completed the Chapter 13 Plan.  Accordingly, pursuant to 11 U.S.C.  Section 1328 (a),  the Debtor is entitled to a discharge.  The Trustee will file a Final Report and Account when all payments to creditors have cleared his bank account. The Trustee requests that the Court keep the case open pending receipt of the Final Report and Account.

Date:  10/5/2017

/s/ Michele T. Hatcher
Michele T. Hatcher
Chapter 13 Trustee