## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| In re: Anthony Lee Pierce ) <br> SSN: xxx-xx-3714 ) <br> Peggy Harbin Pierce ) <br> SSN: xxx-xx-6237 ) <br> ) <br> Debtor. ) <br> _____) | Case No.: 11-83381-CRJ-13 <br><br> CHAPTER 13 |

## FORMER SPECIAL COUNSEL'S
## REPORT TO COURT AND
## MOTION FOR STATUS CONFERENCE

COMES NOW James H. Richardson, previously approved by this Court to serve as Special Counsel for the above Chapter 13 Estate ("Special Counsel"), and shows this Court as follows:

## JURISDICTION

1. This Court has subject matter jurisdiction to consider and determine this motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Per 28 U.S.C. §§ 1408 and 1409, venue is proper before this Court.

2. Special Counsel brings this motion in order to address any duty of reporting and/or disclosure that he may have to the Court in this closed Chapter 13 case.

## RELEVANT FACTS

**A.      Events While the Bankruptcy Case Was Open.**

3. On September 28, 2011, Anthony and Peggy Pierce (the "Debtors") filed a petition for Chapter 13 relief through their counsel, Kevin D. Heard.

4. On October 15, 2012, this Court confirmed the Debtors' Chapter 13 plan.

5. After confirmation and during the term of the plan, Mr. Pierce suffered a serious injury in an automobile collision (the "Accident").

6. On November 25, 2015, this Court approved the employment of Special Counsel for the Chapter 13 Estate to pursue a claim against Alfa Mutual Insurance Company in connection with the Accident.

7. In the summer of 2017, Special Counsel filed a lawsuit in the Circuit Court for Madison County, Alabama (the "Lawsuit").

8. On October 5, 2017, the Chapter 13 Trustee's office filed a Certificate of Completed Chapter 13 Plan in this bankruptcy case certifying that the Debtors had completed their plan. On October 16, 2017, the Debtors received their discharge order from this Court.

9. Three months later, on December 7, 2017, the Chapter 13 Trustee's office filed a Final Report and Account certifying that the Debtor's bankruptcy estate had been fully administered and that the Trustee had completed all administrative matters connected to the case. On January 8, 2018, this Court entered an Order discharging this Trustee and closing this case.

10. The Lawsuit was still pending in state court at the time this Court closed this bankruptcy case.

**B.    Events after the Bankruptcy Case Was Closed**

11. The Chapter 13 Trustee's office has informed Special Counsel that the Trustee claims an interest in administering proceeds from the Lawsuit.

12. It is Special Counsel's understanding that upon the closing of a bankruptcy case, all property of the bankruptcy estate is abandoned to the Debtors by operation of 11 U.S.C. § 554(c).

13. Accordingly, Special Counsel now brings this motion seeking an opportunity to report to the Court on events that transpired after this Court closed the Chapter 13 case so that this Court may take any actions it deems necessary.

14. If this Court grants this motion for a status conference, Special Counsel has obtained verbal permission from Mr. Pierce so that Special Counsel can openly discuss all relevant issues without potentially afoul of the doctrine of attorney-client privilege. Special Counsel has also communicated with Mr. Pierce's Chapter 13 counsel, Mr. Heard, so that he may attend the status conference.

## PRAYER FOR RELIEF

WHEREFORE, premises considered, James H. Richardson, former Special Counsel, respectfully requests that this Court enter an Order:

(a) Scheduling a status conference concerning this Chapter 13 case; and

(b) Granting such relief as this Court deems just and proper.

Respectfully submitted this the 28th day of August, 2019.

      /s/ Tazewell T. Shepard III
      Tazewell T. Shepard III
      *Attorney to Special Counsel*

      **SPARKMAN, SHEPARD & MORRIS, P.C.**
      P.O. Box 19045
      Huntsville, AL 35804
      Tel: (256) 512-9924

## CERTIFICATE OF SERVICE

On the 28th day of August, 2019, I served the foregoing document upon debtors Anthony and Peggy Pierce; Debtors' counsel Kevin Heard; Bankruptcy Administrator's Office Richard Blythe; and Chapter 13 Trustee Michelle Hatcher; by electronic service through the Court's CM/ECF system and/or by depositing said copies in the United States Mail in properly addressed envelopes with adequate postage thereon.

      /s/ Tazewell T. Shepard
      Tazewell T. Shepard